RECEIPT #_____  Case 1:04-cv-10182-GAO    Document 1    Filed 01/27/2004    Page 1 of 7
AMOUNT $_____
SUMMONS ISSUED No_____
LOCAL RULE 4.1_____
WAIVER FORM_____
MCF ISSUED_____
BY DPTY. CLK. _____
DATE _1/27/04_

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SUSAN BERTRAND, | ) | |
| | ) | Civil No. |
| Plaintiff, | ) | |
| | ) | **04-10182 GAO** |
| v. | ) | |
| | ) | Formerly 3-2425 |
| UNITED STATES OF AMERICA, | ) | Essex Superior Court |
| | ) | |
| Defendant. | ) | MAGISTRATE JUDGE_____ |

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

The defendant United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully states as follows:

1. The Plaintiff, Susan Bertrand, has filed a Complaint pending in the Commonwealth of Massachusetts Superior Court for Essex County, entitled <u>Susan Bertrand v. United States of America</u>, Case No. 3-2425.

2. The subject matter of the Complaint is property on which the United States claims a federal lien.

3. This action is removable to the United States District Court for the District of Massachusetts, pursuant to 28 U.S.C. §§1441, 1442 and/or 1444.

4. No prior removal of this action has been attempted.

5. The removal of this action is timely under the provisions of 28 U.S.C. §1446(b).

6. Copies of all pleadings received by the defendant United States are attached hereto.

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant U.S. Attorney

*/s/ Stephen J. Turanchik*
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 27 January 2004

*/s/ Barbara Healy Smith*
Assistant U.S. Attorney

COMMONWEALTH OF MASSACHUSETTS
DEPARTMENT OF THE TRIAL COURT

ESSEX, SS                                    MASSACHUSETTS SUPERIOR COURT
                                             DOCKET NO:

                                                       3 2435

| | |
|---|---|
| Susan Bertrand ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V. ) | **COMPLAINT TO** |
| ) | **QUIET TITLE** |
| United States of America ) | |
| ) | |
| Defendant ) | |

### Introduction

This is an action brought by Susan Bertrand (hereafter "Plaintiff") to quiet title for the property located at 8 Wonderland Avenue, Saugus, MA (hereafter "Property"), therefore, by and through counsel and upon information and belief allege as follows:

### Parties/Jurisdiction

1. Plaintiff, Susan Bertrand resides at 8 Wonderland Avenue, Saugus, MA ("Property").

2. According to 28 U.S.C.A. § 2410 a 1 ["the United States may be named a party in any civil action or suit in any district court, or in any State court having jurisdiction of the subject matter to quiet title to real or personal property on which the United States has or claims a mortgage or other lien"]. The IRS is considered representative of United States for the purpose of those cases (United States v. Craft 122 S.Ct. 1414 U.S., 2002).

3. The events giving rise to the lawsuit took place in the Commonwealth of Massachusetts.

4. Venue is proper in the Essex Superior Court of Massachusetts.

## Facts

1. The Plaintiff has had an interest in the Property since 1989.

2. On or about December 29, 1993 the Plaintiff became sole owner of the property. The deed was duly recorded in Essex Registry of Deeds on December 29, 1993 in Book 12347 Page 386.

3. On or about September 8, 1995 the Defendant imposed a lien for the amount of $77,395 on the Property for unpaid taxed for years 1991, 1992 allegedly owed by Stephen C. Bertrand, Plaintiff's husband.

4. On or about April 11, 1996 the Defendant imposed a lien for the amount of $325,108 on the Property for unpaid taxed for year 1994 allegedly owed by Stephen C. Bertrand

5. On or about August 19, 2003 the Defendant imposed a lien for the amount of $10,144.90 on the Property for unpaid taxed for year 2002 allegedly owed by Stephen C. Bertrand.

6. On or about September 29, 2003 the Defendant imposed a lien for the amount of $77,145.84 on the Property for unpaid taxed for years 1991, 1992 allegedly owed by Stephen C. Bertrand.

7. On or about November 24, 2003 the Defendant imposed a lien for the amount of $364,582.41 against Susan Bertrand as nominee of Stephan C. Bertrand.

## COUNT I

### (Improper imposition of liens against the Plaintiff as nominee of Stephen Bertrand)

8. The Plaintiff hereby incorporates paragraphs 1 – 7 of this Complaint as though they were set forth in full herein.

9. The Plaintiff was never named a nominee of Stephan C. Bertrand, and was never designated to act for him in his place. The Deed from Stephen C. Bernard to the Plaintiff was duly executed, delivered and recorded in the appropriate Registry of Deeds; therefore the title was duly transferred to the Plaintiff.

10. The Defendant had sufficient notice of the fact that the Plaintiff owns the Property, because "the record… operates as notice to the public of the instrument recorded" (Lane v. Davis, 96 Mass. 225, Mass. 1867), and the Deed was duly recorded in the appropriate Registry of Deeds.

11. The Defendant has improperly imposed a lien against the Plaintiff by wrongfully naming the Plaintiff a "nominee" of Stephen C. Bernard.

## COUNT II
### (Improper imposition of liens on the Plaintiff's property)

12. The Plaintiff hereby incorporates paragraphs 1- 11 of this Complaint as though they were set forth in full herein.

13. The IRS improperly put liens for taxes allegedly owed by Stephen C. Bertrand on the Property owned by Susan Bertrand.

14. The Defendant had sufficient notice of the fact that the Plaintiff, and no one else, owned the Property at the time the Defendant imposed the liens.

3

15. The Defendant had improperly imposed the liens on the Property belonging to the Plaintiff.

### Prayers for Relief

WHEREFORE, the Plaintiff, pray for judgement against the defendant and:

1. On Counts I and II order all liens removed from the title;

2. Order Defendant to pay for costs of action.

3. For such other relief as this Court may deem just.

                                          Respectively Submitted,
                                          Susan Bertrand,
                                          By Counsel,

                                          John F. Morello, Esq.
                                          BBO # 643345
                                          316 Central Street
                                          Suite Two
                                          Saugus, MA 01906
                                          (781) 233-1200

Dated: December 17, 2003

