IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN BERTRAND,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | Civil No.<br><br>04-10182 GAO<br><br>Formerly 3-2425<br>Essex Superior Court |

NOTICE OF APPEARANCE

Please enter the appearance of undersigned counsel as attorney for the United States in the above-referenced proceeding.

In addition to undersigned counsel, please provide copies of all pleadings to Barbara Healy Smith, Assistant United States Attorney, One Courthouse Way, Suite 9200, Boston, Massachusetts 02210.

            MICHAEL J. SULLIVAN
            United States Attorney

            /s/ Stephen J. Turanchik
            STEPHEN J. TURANCHIK
            Trial Attorney, Tax Division
            U.S. Department of Justice
            Post Office Box 55
            Ben Franklin Station
            Washington, D.C.  20044
            Telephone: (202) 307-6565

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on

27 January 2004
/s/ Barbara Healy Smith
Assistant U.S. Attorney