IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

SUSAN BERTRAND,                )
                               )   Civil No.
        Plaintiff,             )
                               )   **04-10182 GAO**
    v.                         )
                               )
UNITED STATES OF AMERICA,      )   Formerly 3-2425
                               )   Essex Superior Court
        Defendant.             )


UNITED STATES' REQUEST TO ENLARGE TIME TO ANSWER OR RESPOND

On, or about, January 27, 2004, the defendant United States of America removed this action to this Court. The defendant United States hereby respectfully requests this Court to enter an order enlarging, to and including March 26, 2004, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

No memorandum is submitted in support of this request as it is not a motion. As provided by Rule 6(b)(1) of the Federal Rules of Civil Procedure, the district court has discretion to grant requests to enlarge time "without motion or notice before the expiration of the period." (emphasis added) In contrast, Rule 6(b)(2) limits enlargements to the granting of motions made upon grounds of excusable neglect. Accordingly, here we are making a timely request under Rule 6(b)(1).

In making this request, we note that Rule 81(c) of the Federal Rules of Civil Procedure governs the procedure in civil actions removed from the state courts to the United States District Courts. Rule 81(c) first provides that the Federal Rules of Civil Procedure apply to removed cases. The Rule goes on to prescribe certain periods for the service of an answer or other defenses. The governing time period under Rule 81(c) may be as short as five days after removal. Plaintiff's complaint is brought under 28 U.S.C. § 2410 as an action affecting property on which the United States claims a lien. Pursuant to 28 U.S.C. § 2410(b), the United States may appear and answer, plead or demur within sixty days after service or such other time as the court may allow. See 28 U.S.C. § 2410(b). The undersigned trial counsel represents that more than five days are required to prepare and to serve an appropriate response raising the defenses and potential counterclaims of the United States. The period of additional time requested is commensurate with the sixty-day period permitted under 28 U.S.C. § 2410(b). Moreover, due to the number of factual and legal issues raised by the complaint, the requested enlargement of time is necessary to prepare a proper response.

A proposed order, allowing this request is submitted herewith.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

                    BARBARA HEALY SMITH
                    Assistant U.S. Attorney

                    */s/ Stephen J. Turanchik*
                    STEPHEN J. TURANCHIK
                    Trial Attorney, Tax Division
                    U.S. Department of Justice
                    Post Office Box 55
                    Ben Franklin Station
                    Washington, D.C.  20044
                    Telephone: (202) 307-6565

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 27 January 2004

*Barbara Healy Smith*
Assistant U.S. Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN BERTRAND, | ) |
|     Plaintiff, | ) Civil No. |
| v. | ) |
| UNITED STATES OF AMERICA, | ) Formerly 3-2425 |
|     Defendant. | ) Essex Superior Court |

<u>ORDER</u>

The above-titled matter is before the Court upon the request of the defendant United States of America pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for the entry of an order enlarging, to and including March 26, 2004, the time in which the defendant United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.  And, the Court, being fully advised in the premises, and having determined that the requisite cause for enlargement of time has been shown.

IT IS ORDERED that the defendant United States shall have to and including March 26, 2004, to serve its answer, a motion, or

-2-

such other response as may be permitted by the Federal Rules of Civil Procedure, with respect to the complaint in the above-titled action.

    IT IS SO ORDERED, this _____ day of _____, 2004.


                                              _____
                                              UNITED STATES DISTRICT JUDGE