UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN BERTRAND,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | )<br>)<br>)  CIVIL ACTION<br>)  NO. 04-10182-GAO<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

Please enter my appearance as local counsel, for purposes of notification of filings, for the defendant, United States of America. Attorney Stephen J. Turanchik will remain as lead counsel for United States of America, in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Barbara Healy Smith
BARBARA HEALY SMITH
Assistant U.S. Attorney
John Joseph Moakley U.S. Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each other party by mail on 25 February 2004

/s/ Barbara Healy Smith
Assistant U.S. Attorney