UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SUSAN M. BERTRAND,<br><br>    Plaintiff,<br>    Counterclaim Defendant<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant,<br>    Counterclaim Plaintiff<br><br>v.<br><br>STEPHEN C. BERTRAND and<br>BROTHERHOOD CREDIT UNION,<br><br>    Counterclaim Defendants. | Civil Action No. 04-10182-GAO |

## ANSWER OF BROTHERHOOD CREDIT UNION TO COUNTERCLAIM

Counterclaim Defendant Brotherhood Credit Union ("Credit Union"), by its undersigned counsel, hereby answers the allegations in the Counterclaim as follows.

### COUNT ONE

16. Credit Union admits the allegations in paragraph 16 of the Counterclaim.

17. Credit Union admits the allegations in paragraph 17 of the Counterclaim.

18. Credit Union admits the allegations in paragraph 18 of the Counterclaim.

19. Credit Union admits the allegations in paragraph 19 of the Counterclaim.

20. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 20 of the Counterclaim.

21. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 21 of the Counterclaim.

22. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 22 of the Counterclaim.

23. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 23 of the Counterclaim.

24. Credit Union admits the allegations in paragraph 24 of the Counterclaim.

25. Credit Union admits the allegations in paragraph 25 of the Counterclaim.

26. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 26 of the Counterclaim.

27. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 27 of the Counterclaim.

28. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 28 of the Counterclaim.

29. Credit Union admits the allegations in paragraph 29 of the Counterclaim.

30. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 30 of the Counterclaim.

31. Credit Union denies the allegations in paragraph 31 of the Counterclaim.

32. Credit Union denies the allegations in paragraph 32 of the Counterclaim.

## COUNT II

33. Credit Union incorporates paragraphs 16 through 32 of the Counterclaim herein.

34. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 34 of the Counterclaim.

35. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 35 of the Counterclaim.

36. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 36 of the Counterclaim.

37. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 37 of the Counterclaim.

38. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 38 of the Counterclaim.

39. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 39 of the Counterclaim.

40. Credit Union denies the allegations in paragraph 40 of the Counterclaim.

41. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 41 of the Counterclaim.

42. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 42 of the Counterclaim.

43. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 43 of the Counterclaim.

44. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 44 of the Counterclaim.

45. Credit Union is without knowledge or information sufficient to form a belief as to the truth of the allegations in paragraph 45 of the Counterclaim.

#### FIRST AFFIRMATIVE DEFENSE

The Counterclaim fails to state a claim on which relief can be granted as against the Credit Union.

#### SECOND AFFIRMATIVE DEFENSE

Credit Union holds a valid, perfected first mortgage on the property. Any lien or claim of the United States is subordinate to the Credit Union's mortgage.

#### THIRD AFFIRMATIVE DEFENSE

If the Court permits the United States to foreclose its tax liens on the property, it must satisfy the Credit Union's mortgage lien before any proceeds are paid to the United States.

#### FOURTH AFFIRMATIVE DEFENSE

This action was filed after the expiration of the applicable statute of limitations on bringing a fraudulent conveyance action.

WHEREFORE, Brotherhood Credit Union prays that the Counterclaim against it be dismissed and that it be awarded its costs and fees and such further relief the Court deems appropriate.

Respectfully submitted,

Counterclaim Defendant

BROTHERHOOD CREDIT UNION

By its attorneys,

*M. Ellen Carpenter*
M. Ellen Carpenter (BBO #554142)
ROACH & CARPENTER, P.C.
24 School Street
Boston, Massachusetts 02108
(617) 720-1800

**CERTIFICATE OF SERVICE**
I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party (by mail) by hand.
Date: 4/20/04

Dated: April 20, 2004

4

Christine M. Roach
M. Ellen Carpenter

Scott P. Lopez
*of Counsel*


R O A C H  &  C A R P E N T E R ,  P C

24 School Street
Boston, Massachusetts 02108
(tel) 617.720.1800
(fax) 617.720.0720
(e-mail) lawyer@rc-law.com

April 20, 2004

**BY HAND**

Clerk
United States District Court
One Courthouse Way, Suite 2300
Boston, MA 02110

    Re:    Bertrand v. United States v. Bertrand, et al.
            Civil Action No.  04-10182-GAO

Dear Sir/Madam:

    Enclosed for filing in the above-captioned matter please the Answer of Brotherhood Credit Union to Counterclaim, and certificate of service.

    Please return a date-stamped copy of the filing to the messenger. Thank you.

                        Very truly yours,

                        M. Ellen Carpenter

Enclosure
cc:    John F. Morello, Esq. (w/enc.)
       Barbara Healy Smith, Esq. (w/enc.)
       Stephen J. Turanchik, Esq. (w/enc.)
       Jim Sherman (w/enc.)