```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
    Plaintiff,                )
    Counterclaim Defendant,   )
                              )   Case No. 04-CV-10182-GAO
    v.                        )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant,                )
    Counterclaim Plaintiff,   )
                              )
    v.                        )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
    Counterclaim Defendants.  )
_____)
```

## UNITED STATES' MOTION TO STRIKE
## STEPHEN BERTRAND'S ANSWER TO COUNTERCLAIM PARAGRAPH 19
## AND MOTION TO COMPEL ANSWER

The United States of America, through undersigned counsel, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. In its Counterclaim, the United States alleged that Stephen Bertrand may claim an interest in the real property at issue in this case. Stephen Bertrand declined to answer this allegation, and asserted that the allegation called for a legal conclusion. If Stephen Bertrand claims an interest in the real property he will have standing to challenge his tax liabilities in this case. Conversely, if Mr. Bertrand disclaims an interest, this case will involve only the claims surrounding the real property. Because

Stephen Bertrand's answer to this allegation will have a significant impact on the issues in this case, the United States moves this Court to strike Stephen Bertrand's answer to paragraph 19 of the Counterclaim and to compel Stephen Bertrand to either admit or deny the allegation.

    A supporting memorandum of law is attached.

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              BARBARA HEALY SMITH
                              Assistant U.S. Attorney


                              /s/ Stephen J. Turanchik
                              _____
                              STEPHEN J. TURANCHIK
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 307-6565