UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
SUSAN M. BERTRAND,             )
                               )
    Plaintiff,                 )
    Counterclaim Defendant,    )
                               )   Case No. 04-CV-10182-GAO
    v.                         )
                               )
UNITED STATES OF AMERICA,      )
                               )
    Defendant,                 )
    Counterclaim Plaintiff,    )
                               )
    v.                         )
                               )
STEPHEN C. BERTRAND, and       )
BROTHERHOOD CREDIT UNION,      )
                               )
    Counterclaim Defendants.   )
_____)
```

## UNITED STATES' CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following pursuant to Mass. R. 16.1(D)(3).

Peter Sklarew is the Acting Chief of the Civil Trial Section, Northern Region, Tax Division, Department of Justice, and is an authorized representative of the United States of America, in this case, in the temporary absence of the Chief of the Section.

1

Stephen J. Turanchik is the Trial Attorney for the Department of Justice assigned with primary responsibility for the above-captioned case.

The undersigned affirm that they have conferred (1) with a view to establishing a budget for the costs of conducting the full course - and various alternative courses - for the litigation; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

PETER SKLAREW
Acting Chief, Civil Trial Section
Northern Region, Tax Division
U.S. Department of Justice

STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing United States' Certification Under Local Rule 16.1(D) has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 13th day of September, 2004:

John F. Morello, Esq.
316 Central Street, Suite Two
Saugus, MA 01906

M. Ellen Carpenter, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6565