UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
SUSAN M. BERTRAND,                  )
                                    )
     Plaintiff,                     )
     Counterclaim Defendant,        )
                                    )   Case No. 04-CV-10182-GAO
     v.                             )
                                    )
UNITED STATES OF AMERICA,           )
                                    )
     Defendant,                     )
     Counterclaim Plaintiff,        )
                                    )
     v.                             )
                                    )
STEPHEN C. BERTRAND, and            )
BROTHERHOOD CREDIT UNION,           )
                                    )
     Counterclaim Defendants.       )
```

JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

The parties in the above-captioned matter submit this Joint Statement regarding pre-trial schedule pursuant to Local Rule 16.1 of the United States District Court for the District of Massachusetts and the Court's Notice of Scheduling Conference dated August 2, 2004.

A. General Description of the Case

The action was filed by Susan Bertrand to quiet title to a piece of real property located in Saugus, Massachusetts. Susan Bertrand contends that federal tax liens against her husband, Stephen Bertrand, do not attach to the real property and seeks

1

that determination from this Court. The United States answered and counterclaimed seeking a determination that (a) Susan Bertrand acquired some or all of the property subject to tax liens against Stephen Bertrand and/or (b) Susan Bertrand is the nominee of Stephen Bertrand. If that determination is made, the United States seeks to foreclose its federal tax liens. Stephen Bertrand was named because he may claim an interest in the real estate. Brotherhood Credit Union was named because it holds a recorded mortgage on the property.

B. <u>Discovery Plan</u>

The parties agree and request that the Court approve the following proposed Pre-trial Schedule and Discovery Plan:

(1) Joint Discovery Plan:

    (a) All fact discovery shall be completed by April 30, 2005.

    (b) The parties do not see any need for phased discovery.

(2) Motions:

Dispositive motions shall be filed by May 31, 2005.

(3) Certifications

The parties shall submit separately any certifications required by Local Rule 16.1(D)(3).

For Susan Bertrand & Stephen Bertrand:

*/s/ John F. Morello* by facsimile approved
John F. Morello, Esq.
316 Central Street, Suite Two
Saugus, MA 01906
(781) 233-1200

For United States of America:

*/s/ Stephen J. Turanchik*
Stephen J. Turanchik, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6565

For Brotherhood Credit Union:

*/s/ M. Ellen Carpenter* by facsimile approved
M. Ellen Carpenter, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

(3) Certifications

The parties shall submit separately any certifications required by Local Rule 16.1(D)(3).

For Susan Bertrand & Stephen Bertrand:

_____
John F. Morello, Esq.
316 Central Street, Suite Two
Saugus, MA 01906
(781) 233-1200


For United States of America:


_____
Stephen J. Turanchik, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
(202) 307-6565


For Brotherhood Credit Union:


_____
M. Ellen Carpenter, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

3

(3) Certifications

The parties shall submit separately any certifications required by Local Rule 16.1(D)(3).

For Susan Bertrand & Stephen Bertrand:

---

John F. Morello, Esq.
316 Central Street, Suite Two
Saugus, MA 01906
(781) 233-1200

For United States of America:

---

Stephen J. Turanchik, Esq.
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6565

For Brotherhood Credit Union:

*/s/ M. Ellen Carpenter*

---

M. Ellen Carpenter, Esq.
Roach & Carpenter, P.C.
24 School Street
Boston, MA 02108

3