UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Susan Bertrand )<br>        Plaintiff, )<br> )<br> )<br>        V.            )<br> )<br>United States of America )<br> )<br>        Defendant, )<br> )<br>        V.            )<br>Stephen C. Bertrand, and )<br>Brotherhood Credit Union, )<br> )<br>        Counterclaim Defendants ) | **DOCKET NO.**<br><br>**04-10182GAO** |

## PLAINTIFF'S AND PLAINTIFF'S COUNSEL
## CERTIFICATE OF COMPLIANCE WITH D.MASS RULE 16.1(D)(3)

In accordance with D. Mass. R.16.1(D)(3), the undersigned certify that they have conferred:

a.   With a view to establishing a budget for the costs of conducting the full course- and various alternative courses- of the litigation; and

b.   To consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

John F. Morello, Esq.
BBO # 643345
316 Central Street
Suite Two
Saugus, MA 01906
(781) 233-1200

Susan Bertrand

Stephen C. Bertrand

Dated: September 16, 2004

## CERTIFICATE OF SERVICE

I, John F. Morello, hereby certify that on this 16th day of September, 2004, I served a copy of the above document on the Defendant, Counterclaim Plaintiff, United States of America, by mailing a copy thereof, postage prepaid, to their Attorney, Stephen J. Turanchik, at U.S. Department Of Justice, Tax Division, 555 Fourth Street, North-West, Room 7804, Washington, DC 20001.

Signed under penalties of perjury,

_____
John F. Morello