```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
    Plaintiff,                )
    Counterclaim Defendant,   )
                              )   Case No. 04-CV-10182-GAO
    v.                        )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant,                )
    Counterclaim Plaintiff,   )
                              )
    v.                        )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
    Counterclaim Defendants.  )
_____)
```

## ASSENTED TO
## MOTION TO EXTEND DEADLINES

The United States of America, through undersigned counsel, moves this Court to extend the deadline for discovery and deadline for filing dispositive motions. Presently, the discovery deadline was May 2, 2005, and the deadline for filing dispositive motions is May 31, 2005. The United States seeks to extend the discovery deadline to June 30, 2005, and the dispositive motion deadline to July 29, 2005.

The grounds for this motion are that the Susan Bertrand has recently responded to the written discovery requests of the United States, and the United States requests more time in which to conduct depositions of the Plaintiff, and potentially of her

1

husband, Counterclaim Defendant Stephen Bertrand. Additionally, the parties have conferred and believe that an extension of the deadlines would aid any settlement discussions.

Government counsel has conferred with counsel for the other parties. Both Attorney John Morello and Attorney Ellen Carpenter assent to the extension of the deadlines

>MICHAEL J. SULLIVAN
>United States Attorney
>
>BARBARA HEALY SMITH
>Assistant U.S. Attorney
>
>
>/s/ Stephen J. Turanchik
>_____
>STEPHEN J. TURANCHIK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6565
>stephen.j.turanchik@usdoj.gov

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Motion to Extend Deadlines has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 18th day of May, 2005:

>John F. Morello, Esq.
>316 Central Street, Suite Two
>Saugus, MA 01906
>
>M. Ellen Carpenter, Esq.
>Roach & Carpenter, P.C.
>24 School Street
>Boston, MA 02108

>/s/ Stephen J. Turanchik
>_____
>STEPHEN J. TURANCHIK
>Trial Attorney, Tax Division
>U.S. Department of Justice
>Post Office Box 55
>Ben Franklin Station
>Washington, D.C.  20044
>Telephone: (202) 307-6565