```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
     Plaintiff,               )
     Counterclaim Defendant,  )
                              )   Case No. 04-CV-10182-GAO
     v.                       )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant,               )
     Counterclaim Plaintiff,  )
                              )
     v.                       )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
     Counterclaim Defendants. )
_____)
```

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, through undersigned counsel, with the assent of counsel for Stephen and Susan Bertrand, move to continue the status conference, currently set fo Tuesday, December 20, 2005 at 2:00 p.m. for a period of thirty (30) days.

This action was filed by Susan Bertrand to quiet title to a piece of real property at 8 Wonderland Avenue, Saugus, Massachusetts.  The United States counterclaimed seeking to foreclose its federal tax liens arising from the tax liabilities of Stephen Bertrand against the subject property.

The grounds for this motion are that parties are currently in settlement discussions, and have exchanged information with regard to reaching a resolution.  Originally, the parties focused

- 2 -

on resolving the amount of Stephen Bertrand's federal tax liabilities that could be collected from the subject property, however, the parties would like additional time to negotiate a settlement of all of Mr. Bertrand's federal tax liabilities.  The parties that a continuance of thirty (30) days, for this Status Hearing would be appropriate.

The United States submits a Status Report contemporaneously with this Motion to Continue.

/s/ Stephen J. Turanchik

_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Continue Status Hearing has been made upon the following via electronic mail at the time of filing this Motion this 19th day of December, 2005:

    John F. Morello, Esq.
    316 Central Street, Suite Two
    Saugus, MA 01906
    jfmorello@usa.net

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

1467641.1