```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                   DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
    Plaintiff,                )
    Counterclaim Defendant,   )
                              )   Case No. 04-CV-10182-GAO
    v.                        )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant,                )
    Counterclaim Plaintiff,   )
                              )
    v.                        )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
    Counterclaim Defendants.  )
_____)
```

## STATUS REPORT

The United States of America, through undersigned counsel, submits this Status Report in furtherance of the Assented to Motion to Continue the Status Conference currently set for Tuesday, December 20, 2005. Since the previous status conference on October 24, 2005, in an effort to resolve this case, the Bertrands have provided the United States with certain financial information pertaining to the real property at 8 Wonderland Avenue, Saugus, Massachusetts, which is the property at issue in this quiet title action.

The parties have engaged in settlement discussions regarding the property, however, the parties also wish to explore a settlement that would encompass all of the outstanding tax

liabilities of Stephen Bertrand. In order to make an informed decision regarding a resolution of Mr. Bertrand's tax liabilities, the United States requires additional financial information from the Bertrands.

    The parties believe that this information can be exchanged and reviewed in next thirty days.

    MICHAEL J. SULLIVAN
United States Attorney

/s/ Stephen J. Turanchik
_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Status Report has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 19th day of December, 2005:

>John F. Morello, Esq.
>316 Central Street, Suite Two
>Saugus, MA 01906
>jfmorello@usa.net

/s/ Stephen J. Turanchik

_____
Stephen J. Turanchik
U.S. Department of Justice
Tax Division, P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6565
stephen.j.turanchik@usdoj.gov