IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                              )
SUSAN M. BERTRAND,            )
                              )
    Plaintiff,                )
    Counterclaim Defendant,   )
                              )   Case No. 04-CV-10182-GAO
    v.                        )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant,                )
    Counterclaim Plaintiff,   )
                              )
    v.                        )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
    Counterclaim Defendants.  )
_____)
```

STATUS REPORT

The United States of America, through undersigned counsel, submits this Status Report in furtherance of the Assented to Motion to Continue the Status Conference currently set for Monday, January 30, 2006. Since the previous status conference which was set for December 20, 2005, in an effort to resolve this case, the Bertrands have provided the United States with certain financial information regarding the Bertrands' assets, income and expenses.

The information is being evaluated and the parties have been engaged in settlement discussions.

The parties believe that an additional thirty days would provide enough time to complete the settlement discussions.

        MICHAEL J. SULLIVAN
        United States Attorney

        /s/ Stephen J. Turanchik
        _____
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6565

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Status Report has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 27th day of January, 2006:

> John F. Morello, Esq.
> 316 Central Street, Suite Two
> Saugus, MA 01906
> jfmorello@usa.net

/s/ Stephen J. Turanchik

_____
Stephen J. Turanchik
U.S. Department of Justice
Tax Division, P.O. Box 55
Ben Franklin Station
Washington, DC 20044
(202) 307-6565
stephen.j.turanchik@usdoj.gov