```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
    Plaintiff,                )
    Counterclaim Defendant,   )
                              )   Case No. 04-CV-10182-GAO
    v.                        )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant,                )
    Counterclaim Plaintiff,   )
                              )
    v.                        )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
    Counterclaim Defendants.  )
_____)
```

ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The United States of America, through undersigned counsel, with the assent of counsel for Stephen and Susan Bertrand, move to continue the status conference, currently set for Monday, March 13, 2006 at 2:00 p.m. for a period of thirty (30) days.

This action was filed by Susan Bertrand to quiet title to a piece of real property at 8 Wonderland Avenue, Saugus, Massachusetts.  The United States counterclaimed seeking to foreclose its federal tax liens arising from the tax liabilities of Stephen Bertrand against the subject property.

- 2 -

The grounds for this motion are that parties are currently in settlement discussions, and have exchanged information with regard to reaching a resolution. Counsel for the United States and the Bertrands have engaged in substantial discussion regarding settlement terms and options. The United States has made a counter-offer that the Bertrands have taken under advisement.  The parties believe that a continuance of thirty (30) days, for this Status Hearing would be appropriate.

The United States submits a Status Report contemporaneously with this Motion to Continue.

/s/ Stephen J. Turanchik

_____
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Continue Status Hearing has been made upon the following via electronic mail at the time of filing this Motion this 10th day of March, 2006:

        John F. Morello, Esq.
        316 Central Street, Suite Two
        Saugus, MA 01906
        jfmorello@usa.net


        /s/ Stephen J. Turanchik
        _____
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6565

1588086.1