```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
    Plaintiff,                )
    Counterclaim Defendant,   )
                              )   Case No. 04-CV-10182-GAO
    v.                        )
                              )
UNITED STATES OF AMERICA,     )
                              )
    Defendant,                )
    Counterclaim Plaintiff,   )
                              )
    v.                        )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
    Counterclaim Defendants.  )
_____)
```

## STATUS REPORT

The United States of America, through undersigned counsel, submits this Status Report in furtherance of the Assented to Motion to Continue the Status Conference currently set for Monday, March 13, 2006. The parties are pursuing settlement and in that regard counsel for the United States and the Bertrands have engaged in substantial discussions regarding settlement options and terms. Since the previous status conference which was set for January 30, 2006, in an effort to resolve this case, the United States has reviewed and evaluated the information provided by the Bertrands.

The United States has made a counter-offer to the Bertrands which is currently under consideration.

The parties believe that an additional thirty days would provide enough time to complete the settlement discussions.

MICHAEL J. SULLIVAN
United States Attorney

/s/ Stephen J. Turanchik
STEPHEN J. TURANCHIK
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C.  20044
Telephone: (202) 307-6565
stephen.j.turanchik@usdoj.gov

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing Status Report has been made upon the following by depositing a copy in the United States mail, postage prepaid, this 10th day of March, 2006:

> John F. Morello, Esq.
> 316 Central Street, Suite Two
> Saugus, MA 01906
> jfmorello@usa.net

> /s/ Stephen J. Turanchik
> Stephen J. Turanchik
> U.S. Department of Justice
> Tax Division, P.O. Box 55
> Ben Franklin Station
> Washington, DC 20044
> (202) 307-6565
> stephen.j.turanchik@usdoj.gov