```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                              )
SUSAN M. BERTRAND,            )
                              )
     Plaintiff,               )
     Counterclaim Defendant,  )
                              )   Case No. 04-CV-10182-GAO
     v.                       )
                              )
UNITED STATES OF AMERICA,     )
                              )
     Defendant,               )
     Counterclaim Plaintiff,  )
                              )
     v.                       )
                              )
STEPHEN C. BERTRAND, and      )
BROTHERHOOD CREDIT UNION,     )
                              )
     Counterclaim Defendants. )
_____)
```

## ASSENTED TO MOTION TO DISMISS CASE WITH PREJUDICE

The United States of America, through undersigned counsel, with the assent of counsel for Stephen and Susan Bertrand, moves to dismiss this case with prejudice with leave to reopen for a period of ninety (90) days. The ground for this motion is that the Bertrands and the United States have reached a settlement that disposes of all claims in this action.

- 2 -

The settlement requires a payment to the United States and the United States wishes to be able to reopen this case, within ninety (90) days in the event that payment is not received.

```
                              MICHAEL J. SULLIVAN
                              United States Attorney


                              /s/ Stephen J. Turanchik
                              _____
                              STEPHEN J. TURANCHIK
                              Trial Attorney, Tax Division
                              U.S. Department of Justice
                              Post Office Box 55
                              Ben Franklin Station
                              Washington, D.C.  20044
                              Telephone: (202) 307-6565
                              stephen.j.turanchik@usdoj.gov
```

- 3 -

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Assented to Motion to Dismiss Case has been made upon the following via electronic mail at the time of filing this Motion this 11th day of April, 2006:

        John F. Morello, Esq.
        316 Central Street, Suite Two
        Saugus, MA 01906
        jfmorello@usa.net

        /s/ Stephen J. Turanchik
        _____
        STEPHEN J. TURANCHIK
        Trial Attorney, Tax Division
        U.S. Department of Justice
        Post Office Box 55
        Ben Franklin Station
        Washington, D.C.  20044
        Telephone: (202) 307-6565

1644102.1